# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA RADELEFF, individually and on behalf of E.R., her minor child, | |
| Plaintiffs, | |
| v. | Civil Action No. 18-10653-FDS |
| GLAXOSMITHKLINE LLC, | |
| Defendant. | |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On August 2, 2018, this Court ordered plaintiffs to show cause in writing on or before August 23, 2018, why this case should not be dismissed for failure to comply with discovery orders. Because plaintiffs failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: August 24, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge